DANIEL G. BOGDEN
United States Attorney
District of Nevada
CHRISTINA M. BROWN
Assistant United States Attorney
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
702-388-6336

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SHERRILL BANKS, ) <br> ) <br> Defendant. ) <br> ) | 2:04-cr-365-PMP-VCF-5 <br><br> United States' Motion to Access and Obtain Sealed Documents |

The United States, by Christina M. Brown, Assistant United States Attorney, moves for access to certain sealed documents in this case. In support, the United States provides the following information:

1. On or about May 14, 2014, the undersigned assumed responsibilities from AUSA Brian Pugh as government counsel in U.S. District Court Case Number 2:12-cr-208-LDG-PAL (U.S. v Sherill Banks, "the pending case"), which is scheduled for trial January 26, 2015.

2. Mr. Pugh was the most-recent AUSA to appear as government counsel in the instant case. Review of the file in the pending case and discussion with others has made it apparent that the proceedings herein bear on the pending case.

3.  The undersigned recently requested and received from central archives the U.S Attorney Office file in this case, but learned that this defendant's USAO file has been misplaced or permanently lost. Accordingly, the undersigned seeks authorization to access and obtain copies of the sealed pleadings to which the government had access relating to this defendant in order to reconstruct its file.

Wherefore, the United States asks the Court to authorize government counsel access and copies of sealed pleadings to which the United States had access relating to defendant Sherrill Banks.

Dated, November 13, 2014.

          Respectfully submitted,

          DANIEL G. BOGDEN
          United States Attorney

          */s Christina M. Brown*
          CHRISTINA M. BROWN
          Assistant United States Attorney

Certificate of Service

The foregoing was served upon counsel of record by ECF notification, this the 13th day of November, 2014.

          */s Christina M. Brown*
          Assistant United States Attorney

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
11/14/14