UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SHERRILL BANKS<br><br>　　　　Defendant. | 2:04-CR-365-KJD-VCF |

FILED / ENTERED
DEC 15 2016
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

### ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#264) on March 12, 2007. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

　　Name of Payee: CITIBANK
　　Amount of Restitution: $27,572.07

　　**Total Amount of Restitution ordered:** $27,572.07\*\*
　　\*\*Joint and Several with co-defendants

Dated this _____ day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE