UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 2:04-CR-365-KJD-VCF ) ) |
| vs. | ) ) |
| SHERRILL BANKS | ) ) |
| Defendant. | ) |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#264) on March 12, 2007. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: CITIBANK
Amount of Restitution: $27,572.07

**Total Amount of Restitution ordered:** $27,572.07\*\*
\*\*Joint and Several with co-defendants

Dated this _____ day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE

FILED / ENTERED
DEC 15 2016
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY